FILED
CLERK, U.S. DISTRICT COURT

JUN 2 3 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 95-906 |
| Plaintiff, ) | ORDER OF DETENTION AFTER HEARING |
| vs. ) | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| JAMES EARL WRIGHT, ) Defendant. ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California , for alleged violations of the terms and conditions of his supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.    (X ) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the nature of the allegations pertaining to the supervised release violations, the pending charges in case no. 14-1225, and history of outstanding warrants.

1

2

3 _____

4 _____

5 and/or

6 B.     (x ) The defendant has not met his burden of establishing by clear and convincing

7        evidence that he is not likely to pose a danger to the safety of any other person or

8        the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is

9        based on defendant's extensive criminal history and the charges pending in case

10       no. 14-1225 and the fact that defendant was on supervised release when arrested

11       for bank robbery. _____

12 _____

13 _____

14 _____

15 _____

16                              _____

17       IT THEREFORE IS ORDERED that the defendant be detained pending further

18 revocation proceedings.

19

20 DATED:  ___6-23-14___

21                              ALKA SAGAR
                               UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28